# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLTON RUSSELL**                                                                                    **PLAINTIFF**
**ADC #133867**

v.                              Case No. 4:20-cv-00911-KGB

**WENDY KELLEY,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Carlton Russell's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 4th day of December, 2020.

_____
Kristine G. Baker
United States District Judge